

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 23, 2020

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*[Proposed] Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PETERSEN-DEAN, INC.,<br><br>    Debtor. | Case No. BK-S-20-12821-mkn<br><br>Chapter 11<br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO BANKRUPTCY RULE 1015(B) AND LOCAL RULE 1015**<br><br>Hearing Date:    June 22, 2020<br>Hearing Time:    9:30 a.m. |

The *Emergency First Day Motion for Order Directing Joint Administration of Related Cases Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015* (the "Motion"), filed by Petersen-Dean, Inc., in the above-captioned chapter 11 case, came on for hearing before the undersigned United States Bankruptcy Judge at the above-referenced time and place. Appearances were made as noted in the record for the hearing.

Active\111666270

1

Having read and considered the Motion, and the accompanying Memorandum of Points and Authorities, and having considered the other matters submitted to the Court in connection with the Motion; and it appearing that the limited notice given of the Motion was appropriate under the particular circumstances presented; and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby granted;

2. The chapter 11 cases of Beachhead Roofing & Supply, Inc.; California Equipment Leasing Association, Inc.; Fences 4 America, Inc.; James Petersen Industries, Inc.; PD Solar, Inc.; Petersen Roofing and Solar LLC; Petersen-Dean, Inc.; PetersenDean Hawaii LLC; PetersenDean Roofing and Solar Systems, Inc.; PetersenDean Texas, Inc.; Red Rose, Inc.; Roofs 4 America, Inc.; Solar 4 America, Inc.; Sonoma Roofing Services, Inc.; TD Venture Fund, LLC; and Tri-Valley Supply, Inc. shall hereafter be jointly administered under the Red Rose, Inc. case pursuant to Federal Rule of Bankruptcy Procedure 1015(b);

3. The joint caption page attached hereto as **Exhibit "A"** is hereby approved; and

4. The Clerk of the Court shall file and maintain all of the pleadings under a single docket under the Red Rose, Inc. case. Each Debtor, however, shall maintain a separate claims register and shall file its own monthly operating reports in its respective Chapter 11 case.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___*/s/Brett A. Axelrod*___
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Active\111666270

2

APPROVED/~~DISAPPROVED~~:

**OFFICE OF THE UNITED STATES TRUSTEE**

By  */s/Edward M. McDonald Jr.*
   EDWARD M. MCDONALD JR.
   Trial Attorney for Tracy Hope Davis,
   United States Trustee
   Foley Federal Building
   300 Las Vegas Boulevard South, Suite 4300
   Las Vegas, Nevada 89101

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☐ The Court has waived the requirement of approval in LR 9021(b)(1).

- ☐ No party appeared at the hearing or filed an objection to the motion

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

   EDWARD M. MCDONALD JR.
   TRIAL ATTORNEY
   OFFICE OF THE UNITED STATES
   TRUSTEE

   Approved / ~~Disapproved~~

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

Active\111666270

# EXHIBIT A

# **PROPOSED JOINT CAPTION**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*[Proposed] Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-20-12814-mkn |
| RED ROSE, INC., | Jointly Administered with |
| | Case No. BK-S-20-12815-mkn |
| ☐ Affects Beachhead Roofing and Supply, Inc. | Case No. BK-S-20-12816-mkn |
| ☐ Affects California Equipment Leasing Association, Inc. | Case No. BK-S-20-12818-mkn |
| | Case No. BK-S-20-12819-mkn |
| ☐ Affects Fences 4 America, Inc. | Case No. BK-S-20-12820-mkn |
| ☐ Affects James Petersen Industries, Inc. | Case No. BK-S-20-12821-mkn |
| ☐ Affects PD Solar, Inc. | Case No. BK-S-20-12822-mkn |
| ☐ Affects Petersen Roofing and Solar LLC | Case No. BK-S-20-12823-mkn |
| ☐ Affects Petersen-Dean, Inc. | Case No. BK-S-20-12824-mkn |
| ☐ Affects PetersenDean Hawaii LLC | Case No. BK-S-20-12825-mkn |
| ☐ Affects PetersenDean Roofing and Solar Systems, Inc. | Case No. BK-S-20-12826-mkn |
| | Case No. BK-S-20-12827-mkn |
| ☐ Affects PetersenDean Texas, Inc. | Case No. BK-S-20-12829-mkn |
| ☐ Affects Red Rose, Inc. | Case No. BK-S-20-12831-mkn |
| ☐ Affects Roofs 4 America, Inc. | Case No. BK-S-20-12833-mkn |
| ☐ Affects Solar 4 America, Inc. | |
| ☐ Affects Sonoma Roofing Services, Inc. | |
| ☐ Affects TD Venture Fund, LLC | Chapter 11 |
| ☐ Affects Tri-Valley Supply, Inc. | |
| ☐ Affects All Debtors | **ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO BANKRUPTCY RULE 1015(B) AND LOCAL RULE 1015** |
| | Hearing Date: June 22, 2020 |
| | Hearing Time: 9:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

Active\111666270