GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>PETERSEN-DEAN, INC.,<br><br>Debtor. | CASE NO. BK-S-20-12821-MKN<br>Chapter 11<br><br>Date: N/A<br>Time:<br>Location: |
|---|---|

## NOTICE OF ENTRY OF ORDERS

NOTICE IS HEREBY GIVEN that the following orders were entered in the above-entitled matter on June 22, 2020:

- *Order Granting Ex Parte Application for Examination of Phuc Le Pursuant to Bankruptcy Rule 2004* [ECF No. 86];

- *Order Granting Ex Parte Application for Examination of Bill Partridge Pursuant to Bankruptcy Rule 2004* [ECF No. 83];

- *Order Granting Ex Parte Application for Examination of Scott McEwan Pursuant to Bankruptcy Rule 2004* [ECF No. 87];

- *Order Granting Ex Parte Application for Examination of Jeffrey C. Perea Pursuant to Bankruptcy Rule 2004* [ECF No. 85]; and

- *Order Granting Ex Parte Application for Examination of Kevin Santos Pursuant to Bankruptcy Rule 2004* [ECF No. 84].

1  Copies of the above orders are attached hereto as **Exhibits 1-5**.

2  Dated this 23rd day of June, 2020.

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel:  (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

4851-6323-0518, v. 1

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 22, 2020
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO. BK-S-20-12821-MKN |
|---|---|
| PETERSEN-DEAN, INC., | Chapter 11 |
| Debtor. | Date: N/A<br>Time:<br>Location: |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF**
**BILL PARTRIDGE PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Bill Partridge Pursuant to Bankruptcy Rule 2004* (the "Application")[1] and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Bill Partridge shall appear for a Bankruptcy Rule 2004 examination on June 29, 2020, at 1:00 p.m., pursuant to FED. R. BANKR. P. 2004, related to the financial affairs of the Debtors.

---
[1] All capitalized undefined terms used herein shall be ascribed the definitions set forth in the Application.

1  **IT IS HEREBY ORDERED** the examination will take place by video conference and login information will be circulated to all parties and witnesses.

**IT IS HEREBY ORDERED** the Secured Lender will conduct this examination utilizing the secure web-based examination option afforded by Zoom or other provider or in the alternative video teleconferencing services offered by Zoom or other provider or telephonically only and will provide remote access to those parties wishing to participate in the examination via the internet and/or telephone.  The court reporter may also be remote via one of the options above for the purposes of reporting the examination and may or may not be in the presence of the examinee.

**IT IS HEREBY ORDERED** all parties and witnesses wishing to participate in the examination via the internet or phone shall contact the noticing attorney at least two (2) calendar days prior to the examination so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the examination.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel:  (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

4852-8067-1030, v. 1

# EXHIBIT 2

# EXHIBIT 2



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 22, 2020

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | CASE NO. BK-S-20-12821-MKN |
| --- | --- |
| PETERSEN-DEAN, INC., | Chapter 11 |
|  | Date:    N/A |
| Debtor. | Time: |
|  | Location: |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF KEVIN SANTOS PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Kevin Santos Pursuant to Bankruptcy Rule 2004* (the "Application")[1] and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Kevin Santos shall appear for a Bankruptcy Rule 2004 examination on June 26, 2020, at 1:00 p.m., pursuant to FED. R. BANKR. P. 2004, related to the financial affairs of the Debtors.

---

[1] All capitalized undefined terms used herein shall be ascribed the definitions set forth in the Application.

4852-8067-1030, v. 1

**IT IS HEREBY ORDERED** the examination will take place by video conference and login information will be circulated to all parties and witnesses.

**IT IS HEREBY ORDERED** the Secured Lender will conduct this examination utilizing the secure web-based examination option afforded by Zoom or other provider or in the alternative video teleconferencing services offered by Zoom or other provider or telephonically only and will provide remote access to those parties wishing to participate in the examination via the internet and/or telephone. The court reporter may also be remote via one of the options above for the purposes of reporting the examination and may or may not be in the presence of the examinee.

**IT IS HEREBY ORDERED** all parties and witnesses wishing to participate in the examination via the internet or phone shall contact the noticing attorney at least two (2) calendar days prior to the examination so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the examination.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

# EXHIBIT 3

# EXHIBIT 3



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 22, 2020

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email:  wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel:  (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PETERSEN-DEAN, INC.,<br><br>Debtor. | CASE NO. BK-S-20-12821-MKN<br>Chapter 11<br><br>Date:       N/A<br>Time:<br>Location: |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF JEFFREY C. PEREA PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Jeffrey C. Perea Pursuant to Bankruptcy Rule 2004* (the "Application")[1] and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Jeffrey C. Perea shall appear for a Bankruptcy Rule 2004 examination on June 30, 2020, at 9:00 a.m., pursuant to Fed. R. Bankr. P. 2004, related to the financial affairs of the Debtors.

---

[1] All capitalized undefined terms used herein shall be ascribed the definitions set forth in the Application.

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4852-8067-1030, v. 1

**IT IS HEREBY ORDERED** the examination will take place by video conference and login information will be circulated to all parties and witnesses.

**IT IS HEREBY ORDERED** the Secured Lender will conduct this examination utilizing the secure web-based examination option afforded by Zoom or other provider or in the alternative video teleconferencing services offered by Zoom or other provider or telephonically only and will provide remote access to those parties wishing to participate in the examination via the internet and/or telephone. The court reporter may also be remote via one of the options above for the purposes of reporting the examination and may or may not be in the presence of the examinee.

**IT IS HEREBY ORDERED** all parties and witnesses wishing to participate in the examination via the internet or phone shall contact the noticing attorney at least two (2) calendar days prior to the examination so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the examination.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

 /s/ Mark M. Weisenmiller
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

# EXHIBIT 4

# EXHIBIT 4

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 22, 2020

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | CASE NO. BK-S-20-12821-MKN |
| --- | --- |
| PETERSEN-DEAN, INC., | Chapter 11 |
| Debtor. | Date: N/A<br>Time:<br>Location: |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF <u>PHUC LE PURSUANT TO BANKRUPTCY RULE 2004</u>**

Upon the *Ex Parte Application for Examination of Phuc Le Pursuant to Bankruptcy Rule 2004* (the "<u>Application</u>")[1] and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Phuc Le shall appear for a Bankruptcy Rule 2004 examination on June 29, 2020, at 9:00 a.m., pursuant to FED. R. BANKR. P. 2004, related to the financial affairs of the Debtors.

_____
[1] All capitalized undefined terms used herein shall be ascribed the definitions set forth in the Application.

**IT IS HEREBY ORDERED** the examination will take place by video conference and login information will be circulated to all parties and witnesses.

**IT IS HEREBY ORDERED** the Secured Lender will conduct this examination utilizing the secure web-based examination option afforded by Zoom or other provider or in the alternative video teleconferencing services offered by Zoom or other provider or telephonically only and will provide remote access to those parties wishing to participate in the examination via the internet and/or telephone. The court reporter may also be remote via one of the options above for the purposes of reporting the examination and may or may not be in the presence of the examinee.

**IT IS HEREBY ORDERED** all parties and witnesses wishing to participate in the examination via the internet or phone shall contact the noticing attorney at least two (2) calendar days prior to the examination so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the examination.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

# EXHIBIT 5

# EXHIBIT 5



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 23, 2020

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
Email: wnoall@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
Email: mweisenmiller@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PETERSEN-DEAN, INC.,<br><br>Debtor. | CASE NO. BK-S-20-12821-MKN<br>Chapter 11<br><br>Date:     N/A<br>Time:<br>Location: |

**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF SCOTT MCEWAN PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Ex Parte Application for Examination of Scott McEwan Pursuant to Bankruptcy Rule 2004* (the "Application")[1] and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Scott McEwan shall appear for a Bankruptcy Rule 2004 examination on June 26, 2020, at 9:00 a.m., pursuant to FED. R. BANKR. P. 2004, related to the financial affairs of the Debtors.

_____
[1] All capitalized undefined terms used herein shall be ascribed the definitions set forth in the Application.

**IT IS HEREBY ORDERED** the examination will take place by video conference and login information will be circulated to all parties and witnesses.

**IT IS HEREBY ORDERED** the Secured Lender will conduct this examination utilizing the secure web-based examination option afforded by Zoom or other provider or in the alternative video teleconferencing services offered by Zoom or other provider or telephonically only and will provide remote access to those parties wishing to participate in the examination via the internet and/or telephone. The court reporter may also be remote via one of the options above for the purposes of reporting the examination and may or may not be in the presence of the examinee.

**IT IS HEREBY ORDERED** all parties and witnesses wishing to participate in the examination via the internet or phone shall contact the noticing attorney at least two (2) calendar days prior to the examination so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the examination.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

 */s/ Mark M. Weisenmiller*
GREGORY E. GARMAN
Nevada Bar No. 6654
WILLIAM M. NOALL
Nevada Bar No. 3549
MARK M. WEISENMILLER
Nevada Bar No .12128
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Counsel for ACF FinCo I, LP*

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

4852-8067-1030, v. 1